Judge: Timothy W. Dore
Chapter: 13
Hearing Date: September 17, 2014
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle, WA 98101

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MELANIE SMITH,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 14-15325

TRUSTEE'S OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtor's plan, filed July 16, 2014 (ECF No. 2) as follows:

The debtor's petition will need to be amended to include her prior bankruptcy filing (11-19182-TWD). The debtor's plan needs to be amended to indicate she is not eligible for a discharge. The debtor's B22C lists no income received in the six months prior to filing. The debtor testified at her 341 meeting that she last had income in April 2014. The debtor will need to amend her B22C to include all income received in the six months prior to filing. The debtor needs to provide for a liquidation value of $58,890.30 in Section IX of her plan. Because this is a solvent estate she will need to provide for the federal judgment interest rate of .11%. The debtor will need to note her new plan for hearing because no creditor addresses were provided with her mailing matrix.

THE TRUSTEE REQUESTS:

That the Court enter an order denying confirmation of the debtor's plan, and setting deadlines for filing and noting a feasible amended plan.

Dated: August 28, 2014

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION - 0

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282

CM161
jeb

Case 14-15325-TWD    Doc 14    Filed 08/28/14    Ent. 08/28/14 16:18:04    Pg. 1 of 1