Honorable Timothy W. Dore
Chapter 13
Hearing Date: October 1, 2014
Hearing Time: 9:30 a.m.
Hearing Location: Seattle, Courtroom 8106
Objection Due By: September 24, 2014

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>MELANIE SMITH,<br><br>　　　　　Debtor. | Case No. 14-15325<br><br>NOTICE OF AMENDED CHAPTER 13 PLAN AND CONFIRMATION HEARING ON CHAPTER 13 PLAN |

**NOTICE**

PLEASE TAKE NOTICE that Melanie Smith the debtor herein (hereinafter, the "Debtor" or "Smith"), will request the Court confirm her amended Chpater 13 Plan attached hereto. The Confirmation Hearing is set for hearing as follows:

| | | | |
|---|---|---|---|
| JUDGE: | The Honorable Timothy W. Dore | TIME: | 9:30 a.m. |
| PLACE: | Seattle, Courtroom 8106<br>700 Stewart St<br>Seattle, WA 98101 | DATE: | October 1, 2014 |

NOTICE OF AMENDED CHAPTER 13 PLAN AND COPY OF
AMENDED CHAPTER 13 PLAN - 1

LAW OFFICES OF JOSEPH W CREED
PO BOX 2543
RENTON, WASHINGTON 98056
PHONE: 800-679-4202
FAX: 206-299-9886

IF YOU Object to the Confirmation, you must file your written response with the court clerk at 700 Stewart St, Seattle, WA 98101, serve two copies on the Judge's chambers, and deliver copies to the undersigned NOT LATER THAN the Objection DATE, which is September 24, 2014.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

DATED this 29th day of August, 2014.

LAW OFFICES OF JOSEPH W. CREED

/s/ Joseph W. Creed
Joseph W. Creed, WSBA No. 42451

Attorneys for Debtor
Melanie Smith

NOTICE OF AMENDED CHAPTER 13 PLAN AND COPY OF AMENDED CHAPTER 13 PLAN - 2

LAW OFFICES OF JOSEPH W CREED
PO BOX 2543
RENTON, WASHINGTON 98056
PHONE: 800-679-4202
FAX: 206-299-9886

Case 14-15325-TWD    Doc 18    Filed 08/29/14    Ent. 08/29/14 06:47:17    Pg. 2 of 2