Entered on Docket September 25, 2018

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>MELANIE SMITH,<br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 14-15325-TWD<br><br>AGREED ORDER RESOLVING<br>TRUSTEE'S MOTION TO DISMISS<br>CASE |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 48). Based on the agreement of the parties, it is

ORDERED that:

1) The debtor is required to make the plan payment each month for the duration of her Chapter 13 case beginning October 2018;

2) By November 16, 2018, the debtor shall make a $19,261.00 payment to the Trustee to cure the payment delinquency calculated through September 2018. The funds must be timely received and posted by the Trustee on or before November 16, 2018;

3) The debtor shall pay sufficient funds to the Trustee by August 27, 2019 to complete her Chapter 13 case. The funds must be timely received and posted by the Trustee by August 27, 2019;

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

4) If the debtor fails to comply with any term of this order, the Trustee may submit an *ex parte* order dismissing this case after sending electronic mail notice to debtor's counsel at jcreed@cefirm.com seven (7) days prior to the submission of the order;

5) This order does not excuse any plan payment delinquency; and

6) This order does not affect the rights of creditors or parties in interest under the terms of the debtor's plan.

/ / /End of Order/ / /

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
(206) 624-5124

Approved:

*/s/ Joseph W. Creed* [approved via email]
Joseph W. Creed, WSBA #42451
Attorney for Debtor(s)

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 14-15325-TWD    Doc 51    Filed 09/25/18    Ent. 09/25/18 10:38:46    Pg. 2 of 2