```
                          United States Bankruptcy Court
                          Western District of Washington
In re:                                                              Case No. 14-15325-TWD
Melanie Smith                                                       Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0981-2        User: admin              Page 1 of 1          Date Rcvd: Mar 02, 2020
                            Form ID: ntcdsm          Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
```
db              Melanie Smith,    3057 42nd Ave W,    Seattle, WA 98199-2421
aty             Andrew Goldberg,    Rosicki Rosicki & Associates PC,    PO Box 1047,    Hartford, CT 06143-1047
sr             +Bishop, Marshall & Weibel, P.S.,    720 Olive Way, Suite 1201,    Seattle, WA 98101-3809
sr             +CitiMortgage, Inc.,    c/o Bishop, Marshall & Weibel, P.S.,    720 Olive Way, Suite 1201,
                 Seattle, WA 98101-3809
955303251       Seterus, Inc. as the authorized subservicer for Fe,    c/o Seterus, Inc. as servicer for Federa,
                 PO Box 2008,    Grand Rapids, MI 49501-2008
955263464      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: WADEPREV.COM Mar 03 2020 07:09:00      State of Washington,    Department of Revenue,
                 2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
cr             +E-mail/Text: bncmail@w-legal.com Mar 03 2020 02:19:21      Seterus, Inc.,
                 C/O Weinstein & Riley, P.S.,    2001 Western Ave., Suite 400,    Seattle, WA 98121-3132
955135567      +EDI: BANKAMER2.COM Mar 03 2020 07:08:00      Bank Of America,    Po Box 1598,
                 Norfolk, VA 23501-1598
955223010      +EDI: IRS.COM Mar 03 2020 07:09:00      Internal Revenue Service   CIO,    PO Box 7346,
                 Philadelphia, PA 19101-7346
956563948      +E-mail/Text: bkteam@selenefinance.com Mar 03 2020 02:18:54      Wilmington Savings Fund Society,
                 c/o Selene Finance LP,    9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Seterus, Inc.
sr             ##+Seterus, Inc.,    RCO Legal, P.S.,   c/o John Anthony McIntosh,    13555 SE 36th St.,    Suite 300,
                 Bellevue, WA 98006-1489
                                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
```
              Jason Wilson-Aguilar    courtmail@seattlech13.com
              John Anthony McIntosh    on behalf of Creditor   Seterus, Inc. johnm@schweetlaw.com
              Joseph W Creed    on behalf of Debtor Melanie Smith jcreed@cefirm.com, creedjoe@hotmail.com
              Katie A Axtell    on behalf of Special Request   Bishop, Marshall & Weibel, P.S.
               Katie@snyderandmiddleton.com, katieaxtell@hotmail.com
              Lance E Olsen    on behalf of Creditor   Seterus, Inc. bknotice@mccarthyholthus.com
              Lisa Singer    on behalf of Creditor   Federal National Mortgage Association bkmail@rosicki.com
              Michael S. Scott    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae) bknotice@mccarthyholthus.com
              United States Trustee   USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 14−15325−TWD
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Melanie Smith
3057 42nd Ave W
Seattle, WA 98199−2421

Social Security / Individual Taxpayer ID No.:
xxx−xx−7772

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **March 2, 2020 for Melanie Smith, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: March 2, 2020

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court