```
                            United States Bankruptcy Court
                            Western District of Washington
In re:                                                              Case No. 14-15325-TWD
Melanie Smith                                                       Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0981-2         User: admin              Page 1 of 1           Date Rcvd: Mar 02, 2020
                             Form ID: pdfltd          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db             Melanie Smith,    3057 42nd Ave W,    Seattle, WA  98199-2421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
              Jason   Wilson-Aguilar    courtmail@seattlech13.com
              John Anthony McIntosh    on behalf of Creditor    Seterus, Inc. johnm@schweetlaw.com
              Joseph W Creed    on behalf of Debtor Melanie   Smith jcreed@cefirm.com, creedjoe@hotmail.com
              Katie A Axtell    on behalf of Special Request    Bishop, Marshall & Weibel, P.S.
               Katie@snyderandmiddleton.com, katieaxtell@hotmail.com
              Lance E Olsen    on behalf of Creditor    Seterus, Inc. bknotice@mccarthyholthus.com
              Lisa   Singer    on behalf of Creditor    Federal National Mortgage Association bkmail@rosicki.com
              Michael S. Scott    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae) bknotice@mccarthyholthus.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 8

Entered on Docket March 2, 2020

**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING NO. 14-15325 |
|---|---|
| MELANIE SMITH, | |
| Debtor. | ORDER DISMISSING CASE |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

CM095  ORDER DISMISSING CASE